IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WALTER PATRICK,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 2:10-0592-CG-C |
| **STUART C. DUBOSE, et al.,** | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED** because the court lacks subject matter jurisdiction.

**DONE and ORDERED** this 5th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE